FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSUE QUIJADA-GOMEZ,<br><br>    Defendant. | No. 2:18-CR-00110-SAB<br><br>**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Before the Court is the United States of America's Motion to Dismiss Indictment (ECF No. 79). The Court has reviewed the motion and record and is fully informed. The United States seeks to dismiss the Indictment in this matter in the interest of justice and pursuant to Federal Rule of Criminal Procedure 48(a). The United States indicates Defendant has no objection to the motion. For good cause shown, the Court dismisses the Indictment without prejudice.

//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States of America's Motion to Dismiss Indictment (ECF No. 79) is **GRANTED**.

2. All pending deadlines and hearings, including the pretrial conference on November 3, 2022 and jury trial on November 21, 2022, are **STRICKEN** from the Court's calendar.

3. The Indictment in the above-captioned matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and the U.S. Probation Office, <u>and</u> close the file.

**DATED** this 23rd day of September 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE *2**